ROUSE, C.

v.

COMMONWEALTH

317 CD 2016

Commonwealth Court of Pennsylvania.

08/28/2017

Philadelphia County Civil Division, October term 2013 No. 131003215

Affirmed

RUSSELLO, M

v,

UCBR

2044 CD 2016

Commonwealth Court of Pennsylvania.

08/28/2017

Unemployment Compensation Board of Review, B–593121

Affirmed

KOEHLER, G.

v.

WCAB (SEPTA)

3 CD 2017

Commonwealth Court of Pennsylvania.

08/28/2017

Workers' Compensation Appeal Board, A16–0317

Affirmed

IN RE: UPPER PERKIOMEN
SD (Pico et al.)

788 CD 2017

Commonwealth Court of Pennsylvania.

08/28/2017

Montgomery County Civil Division, No. 2016–29708

Quashed

MINTER, D.

v.

UCBR

2054 CD 2016

Commonwealth Court of Pennsylvania.

08/29/2017

Unemployment Compensation Board of Review, B–593948

Affirmed